IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTAIN MATTERS PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA RELATIVE TO THE LAPSE OF APPROPRIATIONS OF OCTOBER 1, 2025 | Misc. No. 25-mc-1098<br><br>Chief Judge Mark R. Hornak |

**ORDER**

AND NOW this 3rd day of October 2025, for good cause shown, and as a consequence of the lapse of certain appropriations for the operations of the United States Department of Justice and of the resulting suspension of regular course civil litigation operations of such Department,

IT IS HEREBY ORDERED that the Omnibus Motion of the United States for a Stay of Miscellaneous Civil Actions in Light of the Lapse of Appropriation (ECF No. 2 at 25-mc-1098) is GRANTED on the terms set forth herein, as follows:

1. Except as set forth herein, all civil actions on the docket of this Court in which the United States or an agency or officer thereof (hereinafter "United States") is a party, and in which the interests of the United States are represented by the United States Attorney for this District or the United States Department of Justice, as counsel of record, are hereby STAYED pending further Order of this Court or as further set forth in this Order. This Order applies to any such civil action currently filed upon the docket of this Court, or which is filed during the pendency of the STAY effectuated by this Order and which is not exempted from the STAY by virtue of this Order;

2. For purposes of this Order, such STAYED civil actions do not include (a) any matter pending in the Bankruptcy Court for this District (which may enter such Orders in these regards as it deems appropriate), (b) any civil actions seeking relief pursuant to 28 U.S.C. §§ 2241 or 2255 or other relief in the nature of *habeas corpus* or mandamus or prohibition, (c) any civil action arising under or related to the immigration laws of the United States, including related actions under the Administrative Procedures Act, (d) any civil action seeking the release from custody of any person or persons, or (e) those collection, foreclosure or other civil actions in which the interests of the United States are represented by non-federal, retained counsel. Further, any presiding judicial officer may by Order and for good cause shown exempt a particular civil action pending before them from the STAY effectuated by this Order upon their finding and conclusion that there are exceptional circumstances such that the continuation of the STAY as to that civil action works a particular hardship upon any party or the public interest, or that such exemption is essential to the safety of human life or the protection of property;

3. All filing, response or other case administration deadlines in the civil actions stayed by virtue of this Order are held in abeyance without prejudice pending further Order of this Court. This Order does not vacate any trial date set by an Order entered prior to the date of this Order. Any such trial date shall be adjusted by the presiding judicial officer as may be necessary to serve the ends of justice. All other deadlines held in abeyance by the entry of this Order shall be deemed extended by the number of days consumed by this STAY, unless otherwise ordered by the presiding judicial officer. Counsel for the United States shall promptly upon the vacation of the STAY effectuated by this Order file such proposed

amended scheduling or other orders in the involved civil case(s) as are necessary or appropriate to reflect the adjustment of such dates;

4. The Clerk of this Court is directed to promptly post a copy of this Order on the Court's website and disseminate it to all registered CM/ECF users in this District for public information, and to promptly transmit a copy hereof to each judicial officer of this District, and to each other judicial officer assigned any civil cases on this Court's docket. The United States Attorney for this District shall cause notice of the entry of this Order, and a copy thereof, to be served upon the opposing party (but only if such opposing party is not a CM/ECF user or not represented by a CM/ECF user) in each case stayed by this Order, in reasonably prompt due course, and to reasonably promptly thereafter provide to the undersigned and to the Clerk of this Court a listing of each civil action affected by the STAY effectuated by this Order;

5. The entry of this Order, the STAY effectuated by it, and the holding in abeyance of any filing, response or case administration deadlines implemented by it, shall be without prejudice to the substantive or other rights of any party. This Order may also be modified or vacated, generally or as to any particular civil action, for good cause shown, by further Order of the undersigned upon the Motion of any party, any person with a legally cognizable interest, or by the undersigned *sua sponte*, with notice;

6. Subject to the other provisions of this Order, this STAY shall continue in full force and effect until vacated or modified by further Order of the undersigned. The United States Attorney for this District shall immediately notify the undersigned and the Clerk of this Court in writing upon the cessation in the lapse of appropriations that triggered the filing of above-referenced Motion, or of the resumption of the operations of that office and/or the

Department of Justice such that the necessity for the STAY effected by this Order has concluded or otherwise abated, in whole or in part. At such time, this Court will enter such Orders vacating or modifying the STAY as may be just and proper.

7. Unless the STAY directed by this Order has been previously vacated, the United States Attorney for this District shall file a status report with the undersigned (and upon the docket at the above Miscellaneous Case Number) on or before October 17, 2025 and each fourteen (14) days thereafter as to the status of the appropriations matters relied upon in his making the Motion now before the Court, and as to the then-current necessity for the continuance of the STAY.

*/s/ Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge

Dated:    October 3, 2025