IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTAIN MATTERS PENDING BEFORE ALL OF THE VARIOUS COURTS OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA | Misc. No. 25-mc-1098<br><br>Chief Judge Mark R. Hornak |

**NOTIFICATION OF CESSATION OF LAPSE IN APPROPRIATIONS**

The United States of America, by and through its attorney, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, hereby files this Notification as required by the Court's Stay Order dated October 3, 2025, and further states as follows:

The United States hereby provides written notification of the cessation in the lapse of appropriations that triggered the filing of the United States's Motion for a Stay of Civil Actions (Doc. No. 2). There has been a resumption of the full operations of the United States Attorney's Office for the Western District of Pennsylvania, such that the necessity for the stay effected by the Court's Order has concluded.

Respectfully submitted,

_____
TROY RIVETTI
Acting United States Attorney
Western District of Pennsylvania
PA ID No. 56816